# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number:  08-CV-01086-MSK-BNB

TIMOTHY BEENE

      Plaintiff,

v.

FORD MOTOR COMPANY,
a Delaware corporation,

      Defendant.

---

## UNOPPOSED MOTION FOR ENTRY OF A PROTECTIVE ORDER

---

Defendant Ford Motor Company ("Ford"), through its counsel of record, moves this Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to enter the attached Stipulated Sharing Protective Order (hereinafter "Protective Order") concerning the treatment of confidential information in this litigation, and as grounds therefore, state as follows:

    1.    Certain documents that Ford will provide to Plaintiff pursuant to Federal Rule of Civil Procedure 26(a) or that Plaintiffs have requested (or will request) in discovery contain highly sensitive proprietary information, trade secrets, and/or confidential information (hereinafter "Confidential Information").  In addition, Confidential Information will likely be discussed in certain depositions to be taken in the case.  It is the position of Ford that disclosure

of such information outside the scope of this litigation could result in significant injury to its legitimate business interests.

2. As provided in the attached Protective Order, the parties have agreed that Confidential Information produced in this litigation will not be disclosed to unauthorized individuals and will only be used for the limited purposes authorized by the Protective Order. Ford request that the Court confirm this agreement by entry of the attached Protective Order pursuant to Fed. R. Civ. P. 26(c).

3. Rule 26(c)(7) authorizes the Court to enter an order requiring the parties to preserve the confidentiality of information produced in discovery and restricting the use of such information to purposes directly related to this litigation. The Tenth Circuit and this Court have acknowledged that blanket protective orders, such as the proposed Protective Order in this litigation, are appropriate. *See United Nuclear Corp. v. Cranford Ins. Co.*, 905 F.2d 1424, 1427 (10th Cir. 1990); *Gillard v. Boulder Valley Sch. Dist. RE-2*, 196 F.R.D. 382, 385-86 (D. Colo. 2000).

4. Pursuant to D.C.COLO.LCivR 7.1(A), counsel for Ford has conferred with counsel for Plaintiffs regarding the relief requested herein. This motion is unopposed.

WHEREFORE, Ford request that the Court enter the attached Protective Order for the handling of Confidential Information.

DATED: December 19, 2008

Respectfully submitted,

*Original signature on file at the law firm of Wheeler Trigg Kennedy LLP*

s/ Edward C. Stewart
Edward C. Stewart, Esq., #23834
Bryan D. Cross, Esq., #28325
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:   (303) 244-1800
Facsimile:   (303) 244-1879
stewart@wtklaw.com
cross@wtklaw.com

*Attorney for Defendant Ford Motor Company*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 19, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Bryan Donald Cross**
  cross@wtklaw.com,graham@wtklaw.com
- **Thomas R. Harkness**
  tharkness@whoalaw.com,talvarado@whoalaw.com
- **William Lawrence Keating**
  bkeating@fkwlaw.com,swall@fkwlaw.com,dfournier@fkwlaw.com

s/ Edward C. Stewart by Elizabeth Anadale
Edward C. Stewart
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile:  (303) 244-1879
Email: stewart@wtklaw.com

Attorneys for Defendant Ford Motor Company

734207v.1

4