UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01086-MSK-BNB

TIMOTHY BEENE

       Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation;

       Defendant.

_____

**JOINT MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES**
_____

Come now Plaintiff Timothy Beene and Defendant Ford Motor Company, pursuant to Local Rule 6.1, and file this Joint Motion for Extension of Expert Disclosure Deadlines, stating in support:

### Statement of Facts

Plaintiff Timothy Beene was injured on June 7, 2006, when he was pinned between the tailgate of his pickup truck and a 1997 Ford Expedition that had been left running and unattended by the Town Marshall of Ridgway, Colorado, uphill from Plaintiff Beene's vehicle. Plaintiff Beene was a volunteer fireman for the Town of Ridgway and had been responding to a fire call. After remaining stationary for a period of time, the Expedition began rolling down hill and struck Plaintiff Beene as he was removing his fireman's gear behind his truck.

The key issue in the case is why the Expedition began rolling down the hill. Plaintiff alleges that a defect in the design of the Expedition's transmission system allowed the vehicle to slip out of Park, while Ford asserts that the Expedition was never actually placed into true Park. The Expedition has been jointly inspected by experts retained by Plaintiff and by Ford, respectively, on two separate occasions.

During the most recent joint inspection, the plastic covering of the steering-column shift lever was removed. A plastic bushing that is part of the shift lever assembly was determined to be out of place at that time. The parties desire and intend to conduct a more detailed examination of the shift lever assembly to determine the cause, timing and practical effect of the misplaced bushing.

Coordination of this contemplated third joint inspection has proven difficult due to the current storage location of the vehicle, a private residence located between Ridgway and Telluride Colorado, and logistical considerations arising therefrom. In an effort to address the scheduling and travel difficulties experienced to date, the parties have agreed to transport the Expedition to a storage facility in Denver. The parties have worked together diligently to address discovery matters expeditiously and will continue doing so. Notwithstanding, the parties do not believe that the vehicle can be moved, the contemplated examination conducted and relevant findings assimilated by the parties' respective experts within the current expert disclosure deadline of February 13, 2009.

### Request for Extension

Counsel for Plaintiff Beene and for Defendant Ford jointly and respectfully ask the Court to extend the affirmative and rebuttal expert disclosure deadlines in this

matter to April 15, 2009, and April 29, 2009, respectively. No prior extension of these deadlines has been sought, and both parties are confident that the requested extensions will allow adequate time to complete necessary expert analyses, to provide disclosure of same and to otherwise complete desired discovery within the Court's remaining pretrial and trial deadlines. This motion is not filed for purposes of delay, but rather so that expert examination may be complete and justice may be served.

WHEREFORE, Plaintiff Timothy Beene and Defendant Ford Motor Company, jointly move the Court to grant this Motion, to extend the deadline for disclosure of affirmative witnesses to April 15, 2009, to extend the deadline for disclosure of rebuttal witnesses to April 29, 2009, and to grant the parties all other just and proper relief.

Dated this 27th day of January, 2009.

/s/ *Bryan D. Cross*
Edward C. Stewart
Bryan D. Cross
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: stewart@wtklaw.com;
    cross@wtklaw.com

Attorneys for Ford Motor Company

/s/ *Thomas R. Harkness*
Thomas R. Harkness
Whitehurst, Harkness, Brees, Cheng &
   Imhoff, P.C.
5113 Southwest Parkway, Suite 150
Austin, Texas 78735
Telephone: (512) 476-4346
Facsimile: (512) 476-4400
Email: tharkness@whoalaw.com

William Keating
Fogel, Keating, Wagner, Polidori &
   Shafner, P.C.
1290 Broadway, Suite 600
Telephone: (303) 534-0401
Facsimile: (303) 534-8333
Email: wlk@fkwlaw.com

Attorneys for Timothy Beene

3

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on January 27, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Edward C. Stewart**
  stewart@wtklaw.com,graham@wtklaw.com

- **Thomas R. Harkness**
  tharkness@whoalaw.com,talvarado@whoalaw.com

- **William Lawrence Keating**
  bkeating@fkwlaw.com,swall@fkwlaw.com,dfournier@fkwlaw.com

The following were served via U.S. Mail:

Timothy Beene
1320 Aspen Drive
Ridgway, CO 81432

Jennifer Savage, Esq.
Ford Motor Company
World Headquarters
Office of the General Counsel
One American Road, Suite 425-A1
Dearborn, MI 48126

                                              s/  Angila Graham
                                              Edward C. Stewart
                                              Bryan D. Cross
                                              Wheeler Trigg Kennedy LLP
                                              1801 California Street, Suite 3600
                                              Denver, Colorado 80202
                                              Telephone: (303) 244-1800
                                              Facsimile:  (303) 244-1879
                                              Email: stewart@wtklaw.com
                                                        cross@wtklaw.com

                                              Attorneys for Defendant Ford Motor Company

747547v.1