UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01086-MSK-BNB

TIMOTHY BEENE

       Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation;

       Defendant.

_____

**ORDER**
_____

This matter having come before the Court on the parties' Joint Motion for Extension of Expert Disclosure Deadlines, the Court having reviewed the Joint Motion and being otherwise duly advised in the premises, hereby GRANTS the Joint Motion.

IT IS ORDERED that affirmative expert witness disclosures under Federal Rule of Civil Procedure 26(a)(2) shall be served on or before April 15, 2009.  Rebuttal expert witnesses shall be disclosed no later than April 29, 2009.

Signed this ____ day of _____, 2009.

                                                _____
                                                UNITED STATES DISTRICT JUDGE