IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  08-cv-01086-MSK- BNB | Date: September 25, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

TIMOTHY BEENE,                                                      William Keating

           Plaintiff(s),

v.

FORD MOTOR COMPANY,                                      Edward Stewart

           Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     9:02 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendant Ford's motion to strike plaintiff's supplemental expert disclosure [ Doc. 39, filed 9/16/09] is denied as stated on the record.**

**ORDERED:** **Plaintiff's motion to extend expert disclosure deadline [Doc 45, filed 9/24/09] is granted as stated on the record.**

**ORDERED:** **The parties shall a motion to amend the scheduling order and a proposed amended schedule which addresses deadlines and discovery limitations on or before October 12, 2009.**

Court in Recess      10:35 a.m.     Hearing concluded.    Total time in Court:    01:33

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.