IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01086-MSK-BNB

TIMOTHY BEENE,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendant Ford's Motion to Strike Plaintiff's Supplemental Expert Disclosure** [Doc. # 39, filed 9/16/2009] (the "Motion to Strike"); and

(2)     **Plaintiff's Motion to Extend Expert Disclosure Deadline** [Doc. # 45, filed 9/24/2009] (the "Motion to Extend").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Strike is DENIED.

IT IS FURTHER ORDERED that the Motion to Extend is GRANTED.

IT IS FURTHER ORDERED that the parties shall submit, on or before **October 12, 2009**, a motion to amend the scheduling order and a proposed amended schedule which addresses deadlines and discovery limitations.

Dated September 25, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge