IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01086-MSK-BNB

TIMOTHY BEENE,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.

_____

**ORDER DECLARING MISTRIAL**
_____

**PURSUANT TO** the jury's indication of an unresolvable deadlock and upon the consent of both parties in open court on June 14, 2010, the Court declares a **MISTRIAL** in this action. The jury is hereby discharged from service without having reached a verdict. The parties shall contact the Court within 30 days to arrange the scheduling of a retrial.

    Dated this 14th day of June, 2010

                            **BY THE COURT:**

                            *Marcia S. Krieger*
                            _____

                            Marcia S. Krieger
                            United States District Judge