IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01086-MSK-BNB

TIMOTHY BEENE,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

_____

**ORDER**
_____

      This matter arises on the **Plaintiff's Motion to Supplement Expert Disclosures** [Doc. # 166, filed 2/23/2011] (the "Motion").  The plaintiff seeks an order amending the Scheduling Order to allow the late designation of two recently engaged treating physicians--Dr. Jeffrey Krebs, D.O., and Dr. Joel L. Cohen, Ph.D.  Defendant, Ford Motor Company, "does not oppose the designation of Dr. Jeffrey Krebs, as it appears he is simply a new case administrator assigned by Plaintiff's worker's compensation carrier," Response [Doc. # 171] at p. 1 n.1, but it opposes the designation of Dr. Cohen because the plaintiff "provides no justification for waiting some eight months since the mistrial of this case to retain" Dr. Cohen.  Id. at p. 1.

      I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion [Doc. # 166] is GRANTED, and the Scheduling Order is amended to allow the late designations of Drs. Krebs and Cohen;

(2) The plaintiff shall disclose, on or before **March 11, 2011**, the complete files of Drs. Krebs and Cohen concerning their treatment and care of the plaintiff;

(3) The plaintiff shall make Drs. Krebs and Cohen available for depositions by Ford at a date and time as the parties may agree, but not later than **March 31, 2011**;

(4) Ford may designate experts in rebuttal to Drs. Krebs and Cohen and provide plaintiff's counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 11, 2011**; and

(5) Ford may file, on or before **April 11, 2011**, a motion pursuant to Fed. R. Evid. 702 addressing the qualifications and/or opinions of Drs. Krebs or Cohen.

Dated March 1, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge