IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01086-MSK-BNB

TIMOTHY BEENE,

        Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation,

        Defendant.

## ORDER GRANTING FORD MOTOR COMPANY'S MOTION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL AND TENDER OF SUPERSEDEAS BOND

THIS MATTER having come before the Court on Ford Motor Company's (Ford) Motion for for Stay of Execution of Judgment Pending Appeal and Tender of Supersedeas Bond (Motion) **(#248)** , and the Court being duly advised in the premises, hereby

ORDERS that the Motion is **GRANTED**. The Court's Judgment awarding Plaintiff's money damages, interest and costs shall be stayed during the pendency of any appellate proceedings, and the Court accepts and approves Ford's supersedeas bond in the amount of $5,000,000.00 as adequate security for the Judgement of June 13, 2011.

DATED this 4th day of April, 2012.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge