IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 08-cv-01086-MSK-BNB

TIMOTHY BEENE,

        Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation,

        Defendant.

---

## ORDER RE: STIPULATED RELEASE OF BOND

---

THIS MATTER having come before the Court on the parties' Stipulated Release of Bond, the Court having reviewed the Stipulation and being otherwise duly advised in the premises,

**IT IS ORDERED** that Westchester Fire Insurance Company (surety bond #K08083538, dated March 26, 2012, in the amount of $5,000,000) is hereby fully and unconditionally discharged and released from any and all past, present, and future liability.

DATED this 19th day of April, 2013.

                                         **BY THE COURT:**

                                         */s/ Marcia S. Krieger*

                                         Marcia S. Krieger
                                         Chief United States District Judge